Elliot Gale (Bar #1119904)
egale@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Travis Wolf

## IN THE UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Travis Wolf<br><br>                Plaintiff,<br><br>   v.<br><br>OneMain Financial Group, LLC, et. al.<br><br><br><br>               Defendant. | Case No.: 3:21-cv-00229-SLC<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT ONEMAIN FINANCIAL GROUP, LLC |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

    **PLEASE TAKE NOTICE THAT** plaintiff Travis Wolf and defendant OneMain

Financial Group, LLC have reached a settlement in principle of the above captioned case and are

in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of

OneMain Financial Group within 10 days once the settlement is finalized.

                                     **Gale, Angelo, Johnson, & Pruett, P.C.**

Dated:   May 14, 2021              /s/ *Elliot Gale*
                                     Elliot Gale
                                     Attorney for Plaintiff