UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

| Travis Wolf | Case No.: 3:21-cv-00229-slc |
|---|---|
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |
| Equifax Information Services, LLC, et. al. | |
| Defendant. | |

**PLEASE TAKE NOTICE** that Plaintiff Travis Wolf, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Equifax Information Services, LLC as to all claims in this action, with prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

    (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (1) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

//
//
//
//

1
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT

Defendant Equifax Information Services, LLC has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: May 24, 2021　　　　　　　　　Gale, Angelo, Johnson, & Pruett, P.C.

　　　　　　　　　　　　　　　　　　By:　　*/s/ Elliot Gale*
　　　　　　　　　　　　　　　　　　　　　　Elliot Gale
　　　　　　　　　　　　　　　　　Elliot Gale (Bar #1119904)
　　　　　　　　　　　　　　　　　egale@gajplaw.com
　　　　　　　　　　　　　　　　　Gale, Angelo, Johnson, & Pruett, P.C.
　　　　　　　　　　　　　　　　　1430 Blue Oaks Blvd., Ste. 250
　　　　　　　　　　　　　　　　　Roseville, CA 95747
　　　　　　　　　　　　　　　　　916-290-7778 ph
　　　　　　　　　　　　　　　　　916-721-2767 fax

　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　Travis Wolf