Elliot Gale (Bar #1119904)
egale@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Travis Wolf

# IN THE UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WISCONSIN

| Travis Wolf | Case No.: 3:21-cv-00229-SLC |
|---|---|
| Plaintiff, | NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |
| v. | |
| OneMain Financial Group, LLC, et. al. | |
| Defendant. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Travis Wolf and defendant Experian Information Solutions, Inc. have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of Experian Information Solutions, Inc. within 30 days once the settlement is finalized.

                                          **Gale, Angelo, Johnson, & Pruett, P.C.**

Dated: June 25, 2021            /s/ *Elliot Gale*
                                          Elliot Gale
                                          Attorney for Plaintiff